IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCO ALEXANDER GOMEZ,

    Petitioner,                    No. CIV S-03-2558 DFL GGH P

    vs.

C.K. PLILER, et al.,

    Respondent.                  ORDER

_____/

        On October 7, 2005, respondent filed a motion to dismiss. Petitioner did not file an opposition. Court records indicate that petitioner is housed at High Desert State Prison. Respondent served the motion on petitioner at California State Prison-Sacramento.

        Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, respondent shall re-serve the motion to dismiss on petitioner at High Desert State Prison.

DATED: 12/2/05

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

ggh:kj
gom2558.ser